UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-62187-CIV-LENARD

GUCCI AMERICA, INC.,
a New York corporation,

    Plaintiff,

v.

JIAN YONG LIU and DOES 1-10,

    Defendants.

_____/

## PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION

Plaintiff, Gucci America, Inc., by and through its undersigned counsel, respectfully requests that it be given leave to file its memorandum in support of Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order and Preliminary Injunction and Order Authorizing Alternate Service of Process on Defendant ("the *Ex Parte* Application") in excess of the twenty (20) page limit imposed by L.R. 7.1(c)(2).

Plaintiff's *Ex Parte* Application includes two (2) separate Motions regarding Plaintiff's intellectual property rights, each of which must be decided simultaneously. Plaintiff's brief contains necessary substantive content germane to each separate Motion to be considered. Plaintiff's brief is thirty-two (32) pages long.

WHEREFORE, Plaintiff respectfully requests that it be granted leave to file its brief in excess of twenty (20) pages.

Dated:  November 12, 2010

Respectfully submitted,

STEPHEN M. GAFFIGAN, P.A.

By: _____s:/vgigante/_____
    Virgilio Gigante (Fla. Bar No. 082635)
    Stephen M. Gaffigan (Fla. Bar No. 025844)
    401 East Las Olas Blvd., #130-453
    Ft. Lauderdale, Florida 33301
    Telephone: (954) 767-4819
    Facsimile: (954) 767-4821
    E-mail: Leo@smgpa.net
    E-mail: Stephen@smgpa.net

Attorneys for Plaintiff GUCCI AMERICA, INC.