Composite Exhibit 2



# Information from www.95epay.com 62.0

1 message

system-noreply1@95epay.com <system-noreply1@95epay.com>        Mon, Nov 8, 2010 at 2:33 PM

Your transaction was successful.

Thank you for purchasing on site http://www.frehandbags.com and choosing GZ CHENG CHI NET S&T CO.,LTD. as the payment service.
This has reference to the transaction details shown on your account statement as GZ CHENG CHI NET S&T CO.,LTD.

1. Order details:
Credit card:‹
Merchant Order No: 2839
95epay Order No.: 11562010110904292697523
Trade Date&Time:2010-11-09 04:29:26.0
Amount : 62.0 USD

2. Seller info:
Seller Site:http://www.frehandbags.com
Seller contact way：
zzl7777@126.com
+86 18606379311

If you have any concern regarding this transaction, please kindly contact SELLER according to seller contact way.

3. Payment service provider info:
Payment Company name: GZ CHENG CHI NET S&T CO.,LTD.
Customers support email: csreason@95epay.com
Call center +86-13710197631
Fax: +86-20-86261779
MSN: csreason@95epay.com
Skype: csreason

4. Notice:
(1). Due to the foreign exchange rates and bank charges, the amount displayed on your statement be a little off.

(2). If you do not receive the item for long, please always contact us at csreason-4@95epay.com.

(3).Please do not dispute this charge, if you are unsatisfied with the membership/product/service you have purchased, or you have any problems on payment, please contact us at csreason@95epay.com.
And we will get back to you with an amicable solution ASAP



# Tracking number

2 messages

**Wed, Nov 10, 2010 at 3:14 PM**

To: zzl7777@126.com

What is my tracking #?

Jamie

---

宗先生 **<zzl7777@126.com>**        **Wed, Nov 10, 2010 at 6:39 PM**

Dear friend, we have sent out your order, the tracking number is ems:EE483224075CN, you can track it online, hope you can get it soon, thank you, have a nice day.

At 2010-11-11 05:14:43,          wrote:

> What is my tracking #?
>
> Jamie

---

https://mail.google.com/mail/?ui=2&ik=9c2ddd563d&view=om&th=12c385f7779099ee



```
Delivered-To:
Received: by 10.204.75.161 with SMTP id y33cs311150bkj;
        Wed, 10 Nov 2010 16:39:30 -0800 (PST)
Received: by 10.151.145.16 with SMTP id x16mr532687ybn.402.1289435969324;
        Wed, 10 Nov 2010 16:39:29 -0800 (PST)
Return-Path: <zzl7777@126.com>
Received: from m15-15.126.com (m15-15.126.com [220.181.15.15])
        by mx.google.com with ESMTP id m69si3057984yha.94.2010.11.10.16.39.26;
        Wed, 10 Nov 2010 16:39:29 -0800 (PST)
Received-SPF: pass (google.com: domain of zzl7777@126.com designates 220.181.15.15 as permitted sender)
client-ip=220.181.15.15;
Authentication-Results: mx.google.com; spf=pass (google.com: domain of zzl7777@126.com designates
220.181.15.15 as permitted sender) smtp.mail=zzl7777@126.com
Received: from zzl7777 ( [119.179.229.100] ) by ajax-webmail-wmsvr15
 (Coremail) ; Thu, 11 Nov 2010 08:39:24 +0800 (CST)
Date: Thu, 11 Nov 2010 08:39:24 +0800 (CST)
From: =?GBK?B?19rPyMn6?= <zzl7777@126.com>
To:
Message-ID: <66e9d8.1505.12c385f6312.Coremail.zzl7777@126.com>
In-Reply-To: <AANLkTimWQuFWot5RXRWncW4QQcRucZjY9oe_p5u0EjRZ@mail.gmail.com>
References: <AANLkTimWQuFWot5RXRWncW4QQcRucZjY9oe_p5u0EjRZ@mail.gmail.com>
Subject: Re:Tracking number
MIME-Version: 1.0
Content-Type: multipart/alternative;
        boundary="----=_Part_14626_1583999229.1289435964177"
X-Originating-IP: [119.179.229.100]
X-Priority: 3
X-Mailer: Coremail Webmail Server Version SP_ntes V3.5 build
 101029(12229.3533.3507) Copyright (c) 2002-2010 www.mailtech.cn 126com
X-CM-CTRLDATA: 3MPXAmZvb3Rlcl9odG09NDYxOjgx
X-CM-TRANSID:D8qowKCbZ9w8O9tMC2sBAA--.3098W
X-CM-SenderInfo: 522ollixx6ij2wof0z/1tbilhiGHUl1eBX0VQAAsl
X-Coremail-Antispam: 1U5529EdanIXcx71UUUUU7vcSsGvfC2KfnxnUU==

------=_Part_14626_1583999229.1289435964177
Content-Type: text/plain; charset=GBK
```

# GEO IP TOOL

language:

**View my IP information** | More info about IPs | Firefox Plugin | Now online | **In your Website**



**Sebastian Hair Products**
Colourshines, Wet, Potion 9, 2+1
Thousands of Professional Products

New tool for your Web!

Host / IP: [          ] [View info]

Host Name: **119.179.229.100**

IP Address: **119.179.229.100**

Country: <u>China</u>

Country code: **CN (CHN)**

Region: <u>Shandong</u>

City: **Jinan**

Postal code:

Calling code: <u>+86</u>

Longitude: **116.9972**

Latitude: **36.6683**

Red Carpet Stunners,
Scene Stealers, Sexy Singers,
Serial Daters.
They all live at PopEater.com
PopEater.com
Ads by Google

Created by **WIROOS**



**EE483224075CN**

**Your item was received by sorting center(GUANGZHOU) at 2010-11-11 22:20:00**

| Timing | Site | Status |
|--------|------|--------|
| 2010-11-11 15:22:00 | ZHONGSHAN | Posting |
| 2010-11-11 16:34:00 | ZHONGSHAN | Despatch from Sorting Center |
| 2010-11-11 17:07:25 | ZHONGSHAN | Arrival at Sorting Center |
| 2010-11-11 17:18:03 | ZHONGSHAN | Despatch from Sorting Center |
| 2010-11-11 22:20:00 | GUANGZHOU | Arrival at Sorting Center |

continue track:          Verification Code          Track

© China Courier Service Corporation    All Rights Reserved.