UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-62187-CIV-LENARD

GUCCI AMERICA, INC.,
a New York corporation,

    Plaintiff,

v.

JIAN YONG LIU and DOES 1-10,

    Defendants.
_____/

**DECLARATION OF HUANG YU TING**
**IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION**

I, Huang Yu Ting, declare and state as follows:

1. I am over 18 years of age, and I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue and Order Authorizing Alternate Service of Process (the "*Ex Parte* Application").

2. I am a lifelong resident of Guangzhou, Guangdong, China and am extremely familiar with the methods for locating proper addresses in The Peoples Republic of China. I have conducted investigative work in China for over five years. I am fluent in Mandarin, Cantonese, and English.

3. Plaintiff's counsel requested that I confirm the physical addresses and contact information in China for service of process on the Defendant Jian Yong Liu (the "Defendant"). Also, because the physical addresses provided by the Defendant in the domain name registrations for the domain names identified on Schedule "A" of Plaintiff's *Ex Parte* Application (collectively the "Subject Domain Names") are false, invalid, or privacy protected, Plaintiff's

1

counsel requested that I attempt to locate any alternative physical address at which the Defendant could be served. As detailed below, I have been unable to identify a valid physical address for service of process on the Defendant.

4. I investigated the physical contact addresses provided by Defendant for the Subject Domain Names, and determined each address to be false, incomplete, and/or invalid for service of process on Defendant. I also attempted to contact Defendant via the telephone numbers provided in the contact sections of the WHOIS domain registration reports regarding the Subject Domain Names, however, all of my attempts were unsuccessful as the telephone numbers are invalid, disconnected, and/or or an invalid means of contacting Defendant. The contact addresses and telephone numbers I investigated and the results of my investigations are as follows:

| Domain | Address | Investigation |
| --- | --- | --- |
| luxuryreplicas.net | china he bei qhd DongChengQu Henan, CN, 100029 Tel: 86-010-65656787 | The address is invalid. A valid address in China must include a city name, street name, building name or number and room number. Neither DongChengQu nor he bei qhd is a city in China.<br><br>The telephone number "86-010-65656787" is not valid and not registered. When I called this number, I received an automated message stating that this number is not registered and does not exist. |
| freplicahandbags.com | hangzhou zhejiang, hangzhou 622200, CN Tel: 86.13604233156 | The address is invalid. A valid address in Hangzhou, zhejiang must include a street name, building name or number and room number. Neither DongChengQu nor he bei qhd is a city in China. Moreover, "622200" is not a valid postal code for Hangzhou.<br><br>The telephone number is a valid mobile phone number in China. However, I |

| | | |
|---|---|---|
| | | placed numerous phone calls to this number at different times of the day, and my calls were not answered. |
| dropshippwatch.com | Sreet NO.23, Mingguang Road, Yaohai District Hefei, AnhuiProvince, hefeishi, anhuisheng china, 230000<br>Tel: 86-0551-7362094 | The address is not valid. While there is a nameless building located on No. 23 Mingguang Road, Yaohai District, Hefei, Anhui Province, a valid address in the building must include a room number. The address does not identify a room number, and the building does not have a property management office or building directory.<br><br>The telephone number "86-0551-7362094" is valid. However, I placed numerous phone calls to this number and my calls were not answered. |
| dropshippingwatch.com | werwe, gz<br>Guangdong<br>CN, 510000<br>Tel: 86-20-25025528 | The address is not valid.  A valid address in Guangzhou, Guangdong Province must include a street name, building name or number and room number. "werwe" is neither a street name or building name in Guangzhou.<br><br>The telephone number "86-20-25025528" is not valid and not registered. When I called this number, I received an automated voice message stating that this number is not registered and does not exist. |
| freedomhandbags.com | 18 Number, Guangming Street, Hanshan District Handan City<br>Handan, Beijing<br>cn, 056001<br>Tel: 86-031-03625417 | The address is not valid.  There are two sections on Guangming Street, Hanshan District, Handan City, South and North. A valid address on Guangming Street must include a section name. Also, Handan is not a part of Beijing.<br><br>The telephone number "86-031-03625417" is not valid and not registered. When I called this number, I received an automated voice message stating that this number is not registered and does not exist. |

3

| | | |
|---|---|---|
| msnbags.com | No.14, Guangming Road, Hanshan District Handan City Handan, Hebei cn, 056001 Tel: 86-310-5248563 | The address is not valid.  There are two sections on Guangming Street, Hanshan District, Handan City, South and North. A valid address on Guangming Street must include a section name.<br><br>The telephone number "86-310-5248563" is not valid and not registered. When I called this number, I received an automated voice message stating that this number is not registered and does not exist. |
| hermesosale.com | No.26, XiaoGang Street, ShiBei District qingdaoshi, shandongsheng china, 266011 86-0532-2873641 | The address is not valid. There is no Xiaogang Street in Shibei District, Qingdaoshi, shandongsheng.<br><br>The telephone number "86-0532-2873641" is not valid and not registered. When I called this number, I received an automated voice message stating that this number is not registered and does not exist. |
| beautifulrolex.com | Jiangsu province, Nanjing City Xiaguan Area, Su zhou, Jiangsu 210011, CN Tel: 86.256321475 - 0 | The address is invalid. A valid address in Xiaguan Area, Nanjing City, Jiangsu Province must include a street name, building name or number and room number. The address does not provide the necessary information to be valid. Moreover, Nanjing is not a part of Su zhou.<br><br>The telephone number "86.256321475 - 0" is not valid and not registered. When I called this number, I received an automated voice message stating that this number is not registered and does not exist. |
| topshowbrand.com | No.23, Daguanyuan Street,  Shizhong District Jinan city, Jinan, Shandong 250002, CN Tel: 86.5372841254 - 0 | The address is not valid. Daguanyuan is not a street of Jinan City, but a complex which consists of a shopping mall and an office building.  A valid address in the Daguanyuan must include a shop number or room number. No. 23 is not a shop number or room number in |

4

| | | |
|---|---|---|
| | | Daguanyuan. Additionally, I personally inquired with the property management office of the building and confirmed that they have no record associated with Defendant as residing or conducting business under the Subject Domain Names in the buildings.<br><br>The telephone number "86.5372841254 - 0" is not valid and not registered. When I called this number, I received an automated voice message stating that this number is not registered and does not exist. |
| frreplicahandbags.com | No.23, East Beijing Road, Xuanwu District Nanjing<br>Nanjing, Jiangsu<br>cn, 210000<br>Tel: 86-253-874614 | The address is valid. There is a nameless store located on No. 23 East Beijing Roda, Xuanwu District, Nanjing. The storekeeper stated that he did not know about the Defendant or the Subject Domain Name.  Although the address is valid, it not a valid address for service of process on the Defendant.<br><br>The telephone number "86-253-874614" is not valid and not registered. When I called this number, I received an automated voice message stating that this number is not registered and does not exist. |
| replicawatchmart.com | No.48,Yanta Road, Yanta District<br>Xian, Xian, Shanxi3<br>CN, 710000<br>Tel: 86-298-3984762 | The address is not valid. There are three sections on Yanta Road, Yanta District, Xian, East, South and North. A valid address on Yanta Road, Yanta District, Xian must include a section name.  The address does not provide a section name.<br><br>The telephone number "86-298-3984762" is not valid and not registered. When I called this number, I received an automated voice message stating that this number is not registered and does not exist. |
| pradashower.com | No.23, DaMingLake Street, LiXia District | The address is not valid. There is a residential complex with a number of |

5

| | | |
|---|---|---|
| | jinan, jinan,<br>cn, 250000<br>Tel: 86-531-2874329 | buildings located on No. 23 DaMingLake Street, Lixia District, Jinan. A valid address in the residential complex must include a building name and room number. The property management office of the complex refuses to disclose any information of the residents due to its privacy policy.<br><br>The telephone number "86-531-2874329" is not valid and not registered. When I called this number, I received an automated voice message stating that this number is not registered and does not exist. |
| luxuriesreplica.com | No.18, LiYing Street, RenCheng District JiNing, Shandong, CN, 272000<br>Tel: 86-0537-2462842 | The address is not valid. LiYing is not a street in RenCehng District, Jining, but a big community area which consists of a number of streets, and buildings. The address does not provide a street name.<br><br>The telephone number "86-0537-2462842" is not valid and not registered. When I called this number, I received an automated voice message stating that this number is not registered and does not exist. |
| frehandbags.com | Street 11, WuLao Village, BaiXia District NanJing, Jiangsu CN, 210008<br>Tel: 86-025-8374821 | The address is not valid. There is no Street 11 in Wulao Vilalge, Baixia District, Nanjing, Jiangsu.<br><br>The telephone number "86-025-8374821" is not valid and not registered. When I called this number, I received an automated voice message stating that this number is not registered and does not exist. |
| replicabags8.com | No.21, Renmin Road, Baiyin District BaiYin, Gansu, CN, 730900<br>Tel: 86-0943-8743725 | The address is not valid. There is a building located on No. 21 Renmin Road, Baiyin District, Baiyin City, Gansu. A valid address in the building must include a room number. The address does not identify a room number, and the building does not have a property management office or building directory. |

6

| | | |
|---|---|---|
| | | The telephone number "86-0943-8743725" is not valid and not registered. When I called this number, I received an automated voice message stating that this number is not registered and does not exist. |
| cutegucci.com | No.21, HaiFa Community, HaiCang District, XiaMen, Fujian, cn, 361026 Tel: 86-592-4598149 | The address is not valid. HaiFa Community is a big area which consists of a number of streets and buildings. A valid address in HaiFa Community must include a street name and building name or number.<br><br>The telephone number "86-592-4598149" is not valid and not registered. When I called this number, I received an automated voice message stating that this number is not registered and does not exist. |
| honeygucci.com | tianhe linhexulu108hao, guangzhou, guangdong, 510660, CN Tel: 86.2027634833 - 0 | The address is not valid. There is a big park located on No. 108 Linhexilu, Guangzhou. It is not a valid address for service of process on the Defendant.<br><br>The telephone number is not valid. The city code in this telephone number is "020", which is the city code for Guangzhou City. A valid land line telephone number in Guangzhou includes eleven digits including the city code "020". This telephone number provides twelve. |
| replicas2010.com | guang dong sheng, GuangZhou Henan, CN, 100029 Tel: 86-010-82846897 | The address is not valid. A valid address in Guangzhou, Guangdong must include a street name, building name or number and room number. The address does not provide the necessary information. Moreover, Guangzhou is not a part of Henan, and "100029" is not a valid postal code for Guangzhou.<br><br>The telephone number "86-010-82846897" is not valid and not registered. When I called this number, I received an automated voice message |

7

| | | |
|---|---|---|
| | | stating that this number is not registered and does not exist. |
| replica8bags.com | guang dong sheng, HeXiQu Henan, CN, 100029 Tel: 86-010-82846897 | The address is not valid. Guangdong is also a province, and it is not a part of Henan province. A valid address in Guangdong Province must include a city name, street name, building name or number and room number. "HeXiQu" is not a city of Guangdong Province. Moreover, the postal code "100029" is not a valid postal code for Guangdong Province.<br><br>The telephone number "86-010-82846897" is not valid and not registered. When I called this number, I received an automated voice message stating that this number is not registered and does not exist. |
| hermesreplicabags.com | TungStreet 6 The drum district Fuzhou, Fuzhou, 350000, FJ, CN Tel: 86.5917452168 | The address is not valid. There is no Tung Street or drum district in Fuzhou, Fujian.<br><br>The telephone number "86.5917452168" is not valid and not registered. When I called this number, I received an automated voice message stating that this number is not registered and does not exist. |
| replicawatchesmart.com | ffff, ffff, fff, 622200, CN Tel: 86.13811903897 | The address is not valid. A valid address in China must include a province name, city name, street name, building name or number and room number. Also, "fff" is neither a province name or city name in China.<br><br>The telephone number "86.13811903897" is not valid and not registered. When I called this number, I received an automated voice message stating that this number is not registered and does not exist. |
| replicahandbagsone.com | ningbo, ningbo, Ningbo 622200, CN Tel: 86.13811903897 | The address is not valid.  A valid address in Ningbo, China must include a street name, building name or number and room number. Moreover, the postal |

8

|  |  |  | code "622200" is not a valid postal code for Ningbo.<br><br>The telephone number "86.13811903897" is not valid and not registered. When I called this number, I received an automated voice message stating that this number is not registered and does not exist. |
|---|---|---|---|

5. I also investigated the physical contact address provided by Defendant on the websites operating under the Subject Domain Names cutegucci.com, dropshippingwatch.com, dropshippwatch.com, freedomhandbags.com, frehandbags.com, hermesosale.com, luxuriesreplica.com, msnbags.com, pradashower.com, replicabags8.com, replicahandbagsone.com, replicawatchesmart.com, and replicawatchmart.com, "china, 100020, GuangZhou, china." The address is not valid. A valid address in Guangzhou, China must include a valid street name, building number or building name and room number, city, and postal code. This address does not include a room number, building name or number, and/or street name.

6. I conducted searches of several public databases and directories available in China, including phone directories for Henan, Guangdong, Beijing, Hebei, Jiangsu, Shandong, Zhejiang, Fujian, and Guangzhou. However, I was unable to find a valid listing or physical address for service of process upon the Defendant associated with any of the domain names at issue in this lawsuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed the 10th day of November 2010, at Guangzhou, Guangdong, China.

_Huang Yu Ting_
Huang Yu Ting

9