UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-62187-CV-LENARD/TURNOFF

GUCCI AMERICA, INC.,
a New York corporation,

    Plaintiff,

v.

JIAN YONG LIU and DOES 1-10,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order and Preliminary Injunction and Order Authorizing Alternate Service of Process on Defendant **[DE5]** and an Order of Referral entered by the Honorable Joan A. Lenard on November 16, 2010. **[DE7]**. Upon review of the Application, the court file, and being otherwise duly advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows.

Plaintiff is directed to submit a proposed Temporary Restraining Order and Order to Show Cause pursuant to the above-captioned Application **[DE7]**. Pursuant to Fed.R.Civ.P. 65(c), Plaintiff shall include a suggested amount of security to compensate Defendants in the case of wrongful injunction or restraint. Said proposed order shall include a blank space for the date and time of the show cause hearing, which will be completed by the Court. Plaintiffs shall file same by the close of business on December 1, 2010.

**DONE AND ORDERED** in Chambers at Miami, Florida on this ____ day of November 2010.

_____
**WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE**

cc:    Hon. Joan A. Lenard
        Counsel of Record